**FILED**

JUL 16 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 8, USC 1325 Illegal Entry (misdemeanor) |
| Benita VARONA-Amaro, | |
| Defendant. | |

The undersigned complainant being, duly sworn, states:

That on or about July 13, 2018, within the Southern District of California, defendant, Benita VARONA-Amaro, an alien, did knowingly elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325(a)(2).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Michael T. Grant Jr.
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 16th DAY OF July, 2018.

JAN M. ADLER
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Benita VARONA-Amaro

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On July 13, 2018, Border Patrol Agent M. Bouchard was conducting his assigned duties in the Boulevard Border Patrol Station's area of responsibility. At approximately 8:06 PM, a seismic intrusion device activated near an area known to Border Patrol agents as "Chinese Castle." Mobile Surveillance Capabilities operator, Border Patrol Agent S. Millan, observed two subjects walking north near "Chinese Castle." Agent Bouchard responded to the area and after a brief search he encountered two subjects hiding in the thick brush. This area is approximately 25 miles east of the Tecate, California Port of Entry and approximately one quarter mile north of the United States/Mexico International Boundary. Agent Bouchard identified himself as a Border Patrol agent and conducted an immigration inspection. One subject, later identified as the defendant, Benita VARONA-Amaro, stated that she is a citizen of Mexico. The other subject stated that she is a citizen of El Salvador. They both stated that they did not have any immigration documents allowing them to enter or remain in the United States legally. At approximately 8:15 PM, Agent Bouchard placed both subjects, Including VARONA, under arrest. During administrative processing, VARONA stated that she illegally entered the United States on July 13, 2018. Record checks revealed that VARONA was most recently removed or deported from the United States on June 12, 2018.

**Executed on July 14, 2018 at 12:00 PM.**

Maria R. Tavera
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on July 13, 2018, in violation of 8 USC 1325.

NITA L. STORMES
U.S. Magistrate Judge

1:49 PM, Jul 14, 2018
Date/Time